United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2101WA

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * |
| Dewaine Summerhill, | * |
| | * |
| Appellant. | * |

_____

No. 97-2102WA

_____

Appeals from the United States
District Court for the Western
District of Arkansas.

[UNPUBLISHED]

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * |
| Robert Patrick Hickey, | * |
| | * |
| Appellant. | * |

_____

Submitted: December 9, 1997
Filed: December 17, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Dewaine Summerhill and Robert Patrick Hickey appeal their fraud-related convictions. Summerhill and Hickey contend the district court improperly denied their motions for a continuance to prepare for trial. Additionally, Summerhill raises contentions related to the district court's refusal to grant Summerhill's motion for a separate trial and the sufficiency of the evidence to support the jury's verdicts. A review of the record shows the parties' claims are without merit. Because the appeal involves the straightforward application of settled principles of law, a discussion will serve no useful purpose. We thus affirm the convictions of Summerhill and Hickey without an extended opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.